IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE HONORABLE RICK PERRY,

    Plaintiff,

v.                                                        Civil Action No. 3:11-CV-856-JAG

CHARLES JUDD,
Member of the Virginia State Board of Elections,
in his official capacity, *et al.*,

    Defendants.

## ORDER

This matter came before the Court on December 29, 2011, for a status and scheduling conference. The parties were represented by counsel. The following schedule shall apply in this case:

**December 29, 2011**: Defendants are to provide contact information for the campaign chairman, official leader, or general counsel for other Republican presidential candidates who have filed a "Consent of Presidential Candidate" with the Virginia State Board of Elections. They shall provide contact information for the Gingrich, Romney, Paul, Bachmann, Santorum, and Huntsman campaigns, regardless of whether they have filed a "Consent of Presidential Candidate." Contact information shall include name, address, telephone number, email address, and fax number.

**December 30, 2011**: Plaintiff shall certify to the Court that he has contacted the other candidates or campaigns by telephone and has provided a copy of the pleadings, motions, and orders in this case to the other campaigns. Copies may be provided by hand-delivery, email, or fax.

**January 3, 2012:** All defendants file answers.

**January 3, 2012:** Attorney General provides three page statement of authorities regarding any conflict that may exist given his public declarations about the subject matter of this case.

**January 3, 2012:** Parties will provide notice to the Court of any live witnesses they intend to call at the hearing on the preliminary injunction. If a party does not know the identity of a witness, the witness should be described, *e.g.* a technician who works on voting machines. The party offering a witness shall summarize the expected testimony of each witness.

**January 6, 2012:** Parties file stipulations of facts, if any.

**January 6, 2012:** Parties file simultaneous opening briefs on whether the Court should grant a preliminary injunction and, if so, what the Court should order. Briefs are limited to thirty pages. Parties shall submit any affidavits or other documentary evidence at the same time.

**January 6, 2012:** Last day for other Republican candidates to intervene as party plaintiff or defendant in this case.

**January 11, 2012:** Parties file simultaneous responses to opening briefs and affidavits. Responsive briefs are limited to twenty pages. No rebuttal briefs will be filed.

**January 13, 2012:** Hearing on motion for preliminary injunction.

Intervenors shall be governed by the same briefing schedule as the parties in this case, except that they shall file answers and witness lists by January 6, 2012.

If the parties desire to be heard on any matter before January 13, 2012, they may contact chambers and arrange a hearing or conference call.

The parties are encouraged to stipulate as many facts as possible.

It is so ORDERED.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: December 29, 2011
Richmond, VA