**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **THE HONORABLE RICK PERRY,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil No. 3:11-cv-856 |
| **CHARLES JUDD, KIMBERLY BOWERS, and DON PALMER**, members of the Virginia State Board of Elections, in their official capacities, and **PAT MULLINS**, in his official capacity as Chairman of the Republican Party of Virginia, | § § § § § § § § § | |
| *Defendants*. | § § | |

## NOTICE OF CERTIFICATION REGARDING SERVICE OF DOCUMENTS PURSUANT TO ORDER ENTERED DECEMBER 29, 2011

Plaintiff, The Honorable Rick Perry, by counsel, hereby certifies, that pursuant to the Court's order entered on December 29, 2011 [Docket No. 13], that he has contacted representatives of the presidential campaigns of Mitt Romney, Ron Paul, Newt Gingrich, Michele Bachmann, Rick Santorum, and Jon Huntsman by telephone, and that he has further served by electronic mail, a copy of his Complaint for Declaratory and Injunctive Relief [Docket No. 1], Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 7], Memorandum in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 8], Orders granting the admission *pro hac vice* of Joseph Michael Nixon, Martin Douglas Beirne and James Edwin Trainor, III as counsel for The Honorable Rick Perry [Docket Nos. 10,11 and 12] and an Order [Docket No. 13] establishing certain deadlines, including, *inter alia*, the deadline for other Republican candidates to intervene in this matter, on the following:

Benjamin L. Ginsberg, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
e-mail: bginsberg@pattonboggs.com
*Counsel to the Romney Campaign*

David A. Warrington, Esq.
LeClair Ryan PC
2318 Mill Road Suite 1100
Alexandria, Virginia  22314
e-mail: david.warrington@leclairryan.com
*Counsel to the Paul Campaign*

J. Randolph Evans, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
e-mail:  revans@mckennalong.com
*Counsel to the Gingrich Campaign*

William McGinley, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
e-mail: wmcginley@pattonboggs.com
*Counsel to the Bachmann Campaign*

Cleta Mitchell, Esq.
Foley & Lardner LLP
3000 K Street, N.W.
Suite 600
Washington, DC 20007-5109
e-mail:  cmitchell@foley.com
*Counsel to the Santorum Campaign*

Craig Engle, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
e-mail:  engle.craig@arentfox.com
*Counsel to the Huntsman Campaign*

Respectfully Submitted,

**THE HONORABLE RICK PERRY**

_____/s/_____
Hugh M. Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Edward Everett Bagnell, Jr. (VSB No. 74647)
Email: ebagnell@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
Joseph M. Nixon (Admitted *pro hac vice*)
James E. ("Trey") Trainor, III (Admitted *pro hac vice*)
Martin D. Beirne (Admitted *pro hac vice*)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY FOR PLAINTIFF**
**THE HONORABLE RICK PERRY**

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

I further certify that I will serve the following by U.S. mail and e-mail:

Lee Elton Goodman, Esq.
lee.goodman@leclairryan.com
LeClair Ryan PC (DC)
1701 Pennsylvania Ave NW
Suite 1045
Washington, DC 20006
*Counsel for Pat Mullins,*
*in his official capacity as*
*Chairman of the Republican Party of Virginia.*

                               /s/
                     Edward Everett Bagnell, Jr. (VSB No. 74647)
                     Email: ebagnell@spottsfain.com
                     SPOTTS FAIN PC
                     411 East Franklin Street, Suite 600
                     P.O. Box 1555
                     Richmond, Virginia 23218-1555
                     Telephone: (804) 697-2000
                     Facsimile: (804) 697-2100
                     *Attorneys for The Honorable Rick Perry*