AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| The Honorable Rick Perry | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:11-CV-856-JAG |
| Charles Judd, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Patrick Mullins, Chairman of the Republican Party of Virginia.

Date:   01/03/2012

*Attorney's signature*

Charles M. Sims (VSB No. 35845)
*Printed name and bar number*

LeClairRyan
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
*Address*

charles.sims@leclairryan.com
*E-mail address*

(804) 343-5091
*Telephone number*

(804) 783-7655
*FAX number*