IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

The Honorable Rick Perry,

      Plaintiff,

v.                               Civil Action No. 3:11-CV-856-JAG

Charles Judd,
In His Official Capacity as a Member
of the Virginia State Board of Elections, *et al.*,

      Defendants.

## REPUBLICAN PARTY OF VIRGINIA CHAIRMAN'S
## NOTICE REGARDING WITNESSES TO BE
## CALLED AT THE JANUARY 13 HEARING

Defendant Patrick Mullins, Chairman of the Republican Party of Virginia, hereby gives notice that he does not intend to present any live witnesses at the preliminary injunction hearing scheduled for January 13, 2012, in light of the allegations and causes of action asserted by the Plaintiff's Complaint and Emergency Motion, and based upon the Chairman's position the he and the Republican Party of Virginia are neither necessary nor proper parties to this lawsuit. However, the Chairman reserves the right to seek leave of Court to present live witnesses and/or documents (including election materials) in the event that, after this date, the Plaintiff or an Intervenor candidate raises new factual allegations or legal claims that are not presented in the Plaintiff's Complaint. Because the Chairman and his counsel cannot anticipate any unasserted factual allegations or causes of action, it is not possible to identify witnesses who might be necessary to address such unknown facts or legal theories at this time.

Respectfully submitted this 3rd day of January, 2012.

                                        _____/s/_____

                                        Charles E. Sims (Va. Bar 35845)
                                        LeClairRyan, a Professional Corporation
                                        Riverfront Plaza, East Tower
                                        951 East Byrd Street, Eighth Floor
                                        Richmond, Virginia  23219
                                        Telephone:  (804) 343-5091
                                        Facsimile:  (804) 783-7655
                                        Charles.Sims@leclairryan.com

                                        Lee E. Goodman (Va. Bar 31695)
                                        LeClairRyan, a Professional Corporation
                                        1101 Connecticut Ave., NW, Sixth Floor
                                        Washington, DC  20036
                                        Telephone:  (202) 659-6730
                                        Facsimile:  (202) 775-6430
                                        Lee.Goodman@leclairryan.com

                                        ***Attorneys for Patrick Mullins, Chairman of the
                                        Republican Party of Virginia***

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel named below:

Hugh M. Fain, III
Edward E. Bagnell, Jr.
Maurice F. Mullins
Spotts Fain PC
411 East Franklin Street
Richmond, Virginia 23218-1555
Telephone:  (804) 788-1190
hfain@spottsfain.com
ebagnell@spottsfain.com
cmullins@spottsfain.com

James E. Trainor, III
Joseph M. Nixon
Martin D. Beirne
Beirne Maynard & Parsons LLP
1300 Post Oak Blvd., 25th Floor
Houston, Texas  77056
Telephone:  (512) 623-6700
ttrainor@bmpllp.com
jnixon@bmpllp.com
mbeirne@bmpllp.com

*Attorneys for The Honorable Rick Perry*

E. Duncan Getchell, Jr.
Wesley G. Russell, Jr.
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
Telephone:  (804) 786-2436
dgetchell@oag.state.va.us
wrussell@oag.state.va.us

Joseph N. Lief
Virginia International Raceway
1245 Pinetree Road
Alton, Virginia 24520
Telephone:  (434) 822-7700

*Attorneys for Charles Judd, Kimberly Bowers, Don Palmer,*

*members of the Virginia State Board of Elections,*
*in their official capacity*

                                    /s/
                                   _____
Charles E. Sims (Va. Bar 35845)
LeClairRyan, a Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219
Telephone:  (804) 343-5091
Facsimile:  (804) 783-7655
Charles.Sims@leclairryan.com

*Attorneys for Patrick Mullins, Chairman of the*
*Republican Party of Virginia*