IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

THE HONORABLE RICK PERRY,

        Plaintiff,

and

THE HONORABLE NEWT GINGRICH, THE
HONORABLE JON HUNTSMAN, JR., and
THE HONORABLE RICK SANTORUM,

        Intervenors,

v.                                      Civil Action No. 3:11-CV-856-JAG

CHARLES JUDD,
Member of the Virginia State Board of Elections,
in his official capacity, *et al.*,

        Defendants.

## ORDER

This matter is before the Court on the Motion of the Honorable Newt Gingrich, Jon Huntsman, Jr., and Rick Santorum to Intervene and Motion for Expedited Consideration. The motion is hereby GRANTED. Mr. Gingrich, Mr. Huntsman, and Mr. Santorum are directed to file their Complaint no later than 5:00 p.m. today, January 4, 2012.

The defendants are directed to respond to the intervenors' Complaint no later than Friday, January 6, 2012.

It appears to the Court that J. Christian Adams is local counsel to the three intervening parties. It appears to the Court that the three intervening parties have different interests. Mr. Adams is directed to demonstrate to the Court why he does not have a conflict of interest in this matter. In the alternative, Mr. Adams is directed to obtain signed consent from general counsel

for the campaigns of Mr. Gingrich, Mr. Huntsman, and Mr. Santorum in accordance with

Virginia Rule of Professional Conduct 1.7.  Mr. Adams is directed to submit to the Court either a

written statement of why he does not have a conflict of interest or the signed consent no later

than Friday, January 6, 2012.

It is so ORDERED.

/s/

John A. Gibney, Jr.
United States District Judge

Date: January 4, 2012
Richmond, VA