IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

THE HONORABLE RICK PERRY,

    Plaintiff,

and

THE HONORABLE NEWT GINGRICH, THE
HONORABLE JON HUNTSMAN, JR., and
THE HONORABLE RICK SANTORUM,

    Intervenors,

v.

CHARLES JUDD,
Member of the Virginia State Board of Elections,
in his official capacity, *et al.*,

    Defendants.

Civil Action No. 3:11-CV-856-JAG

## ORDER

The Court held a conference call on this matter on January 9, 2012. As stated in the conference call, Charles Judd, Kimberly Bowers, and Don Palmer, who are defendants in this matter in their official capacities as members of the Virginia State Board of Elections, are hereby ordered to send a directive to each of Virginia's local electoral boards. Mr. Judd, Ms. Bowers, and Mr. Palmer are ordered to direct the local electoral boards to refrain from mailing out any absentee ballots until after the hearing on the pending Emergency Motion for Temporary Restraining Order and Preliminary Injunction on January 13, 2012. Mr. Judd, Ms. Bowers, and Mr. Palmer are further ordered to direct the local electoral boards, to the extent possible, to refrain from ordering any ballots until after the hearing. The decision on the Emergency Motion

for Temporary Restraining Order and Preliminary Injunction will be entered on January 13, 2012.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: January 9, 2012
Richmond, VA