## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| THE HONORABLE RICK PERRY | )<br>) |
| Plaintiff, | )<br>) |
| THE HONORABLE NEWT GINGRICH,<br>THE HONORABLE JON HUNTSMAN,<br>JR., and THE HONORABLE RICK<br>SANTORUM | )<br>)<br>)   Civil Action No.: 3:11-cv-856-JAG<br>)<br>) |
| Plaintiffs-Intervenors, | )<br>) |
| v. | )<br>) |
| CHARLES JUDD, *et al.*, | )<br>) |
| Defendants. | ) |

### Defendants' Notice of Appeal

Notice is hereby given that Charles Judd, Kimberly Bowers and Don Palmer, members of the Virginia State Board of Elections, in their official capacities, the defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order of the United States District Court, entered on January 9, 2012, ordering defendants "to send a directive to each of Virginia's local electoral boards . . . . to refrain from mailing out any absentee ballots until after the hearing . . . on January 13, 2012," and "to refrain from ordering any ballots until after the hearing" (Doc. 46 at 1).

Dated this 9th day of January, 2012.        Respectfully submitted,

                                            CHARLES JUDD, KIMBERLY BOWERS and
                                            DON PALMER, in their official capacities

                                            _____/s/_____
                                            E. Duncan Getchell, Jr.
                                            Solicitor General of Virginia

        (VSB No. 14156)
        Office of the Attorney General
        900 East Main Street
        Richmond, Virginia 23219
        (804) 786-7240 – Telephone
        (804) 371-0200 – Facsimile
        dgetchell@oag.state.va.us
        *Counsel for Defendants Judd,*
        *Bowers and Palmer*

Kenneth T. Cuccinelli, II
Attorney General of Virginia

E. Duncan Getchell, Jr., VSB #14156
Solicitor General of Virginia
E-mail: dgetchell@oag.state.va.us

Wesley G. Russell, Jr., VSB #38756
Deputy Attorney General
E-mail: wrussell@oag.state.va.us

Joshua N. Lief, VSB # 37094
Senior Assistant Attorney General
E-mail: jlief@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record for Plaintiff and Intervenors:

M. F. Connell Mullins, Jr., Esquire
Hugh M. Fain, III, Esquire
Edward Everett Bagnell, Jr., Esquire
Spotts Fain P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2040
Fax: (804) 697-2140
cmullins@spottsfain.com
hfain@spottsfain.com
ebagnell@spottsfain.com
*Counsel for The Honorable Rick Perry*

Joseph M. Nixon, Esquire (*pro hac vice*)
James E. Trainor, III, Esquire (*pro hac vice*)
Martin D. Beirne, Esquire (*pro hac vice*)
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Phone: (713) 623-0887
Fax: (713) 960-1527
jnixon@bmpllp.com
ttrainor@bmpllp.com
mbeirne@bmpllp.com
*Counsel for The Honorable Rick Perry*

Charles Michael Sims
LeClairRyan, A Professional Corporation
P.O. Box 2499
Richmond, VA 23218-2499
Tel: (804) 783-2003
charles.sims@leclairryan.com
*Counsel for Pat Mullins, in his official capacity as Chairman of the Republican Party of Virginia*

J. Christian Adams, Esquire
Election Law Center, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel: 703-963-8611
Fax: 703-740-1773
adams@electionlawcenter.com
*Counsel for Plaintiff-Intervenor The Honorable Newt Gingrich*

Stefan C. Passantino, Esquire (*pro hac vice* filed)
J. Randolph Evans, Esquire (*pro hac vice* to be filed)
Benjamin P. Keane, Esquire (*pro hac vice* filed)
McKenna Long & Aldridge, LLP
1900 K St. NW
Washington, DC 20009
Tel: 202-496-7500
Fax: 202-496-7756
*Counsel for Plaintiff-Intervenor The Honorable Newt Gingrich*

Craig Engle, Esquire (*pro hac vice* to be filed)
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395
*Counsel for Plaintiff-Intervenor The Honorable Jon Huntsman, Jr.*

Cleta Mitchell, Esquire (*pro hac vice* filed)
Foley & Lardner LLP
3000 K Street, N.W.
Suite 600
Washington, DC 20007-5109
Tel: 202-672-5300 Fax: 202-672-5399
*Counsel for Plaintiff-Intervenor Rick Santorum*

      I further certify that some of the participants in the case are not registered CM/ECF users.

I have mailed one copy of the foregoing document by First-Class Mail to the following non-CM/ECF participant:

Lee Elton Goodman, Esquire
LeClairRyan, P.C.
1101 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
Phone: (202) 659-4140
*Counsel for Pat Mullins, in his official*
*capacity as Chairman of the Republican Party of Virginia*

                                               /s/
                                     E. Duncan Getchell, Jr.
                                     Solicitor General of Virginia
                                     (VSB No. 14156)
                                     Office of the Attorney General
                                     900 East Main Street
                                     Richmond, Virginia 23219
                                     (804) 786-7240 – Telephone
                                     (804) 371-0200 – Facsimile
                                     dgetchell@oag.state.va.us
                                     *Counsel for Defendants Judd,*
                                     *Bowers and Palmer*