IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED JAN 10 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

THE HONORABLE RICK PERRY,

    Plaintiff,

and

THE HONORABLE NEWT GINGRICH, THE
HONORABLE JON HUNTSMAN, JR., and
THE HONORABLE RICK SANTORUM,

    Intervenors,

v.                        Civil Action No. 3:11-CV-856-JAG

CHARLES JUDD,
Member of the Virginia State Board of Elections,
in his official capacity, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the motion to intervene of Andy Martin, J.D., Adjunct Professor (Ret.). Mr. Martin is a candidate for the Republican nomination for President of the United States. A review of his motion shows that his primary concern is legislation proposed by the Attorney General of Virginia, a matter which is not before the Court. Mr. Martin cites no authority in support of his motion to intervene. Upon mature consideration, his motion to intervene is DENIED.

It is so ORDERED.

Date: January 10, 2012
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge