FILED: January 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1042 (L)
(3:11-cv-00856-JAG)

_____

THE HONORABLE RICK PERRY

    Plaintiff - Appellee

NEWT GINGRICH; RICK SANTORUM; JON HUNTSMAN

    Intervenors/Plaintiffs - Appellees

v.

CHARLES JUDD, member of the Virginia State Board of Elections, in his official capacity; KIMBERLY BOWERS, member of the Virginia State Board of Elections, in her official capacity; DON PALMER, member of the Virginia State Board of Elections, in his official capacity

    Defendants - Appellants

and

PAT MULLINS, in his official capacity as Chairman of the Republican Party of Virginia

    Defendant

_____

No. 12-1047
(3:11-cv-00856-JAG)

_____

THE HONORABLE RICK PERRY

    Plaintiff - Appellee

NEWT GINGRICH; RICK SANTORUM; JON HUNTSMAN

    Intervenors/Plaintiffs - Appellees

v.

CHARLES JUDD, member of the Virginia State Board of Elections, in his official capacity; KIMBERLY BOWERS, member of the Virginia State Board of Elections, in her official capacity; DON PALMER, member of the Virginia State Board of Elections, in his official capacity

    Defendants - Appellants

and

PAT MULLINS, in his official capacity as Chairman of the Republican Party of Virginia

    Defendant

_____

O R D E R

_____

The court consolidates Case No. 12-1042 and Case No. 12-1047. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>