IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Perry,
Plaintiff et el,
vs.,
Judd,
Defendant et el.

3:2011 cv 856



FILED
JAN 11 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## Motion to Dismiss

I Ronald Cook, a citizen of the Commonwealth of Virginia, am asking the United States District Court for the Eastern District of Virginia to Dismiss the above styled Complaint. The Complaint is frivolous and without merit and, is a waste of the courts time and resources. The plaintiff ('s) in this Complaint are running for president of the United States of America for God's sake, but are behaving like spoiled brats. The rules of the State of Virginia for anyone running for office are simple, and have been abided by other candidates for years and, do not discriminate against anyone running for office. All the person has to do is go by what the rules say. I am asking for the court to Dismiss With Prejudice, and to order the Plaintiff ('s) to pay for all costs associated with the Complaint back to the Defendants and to the State of Virginia.

Ronald Cook     Ronald Cook
3854 Antioch Church Road
Sandston, Virginia 23150
804-539-1430     CobraAbe8@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Perry,
Plaintiff et el,
vs.,
Judd,
Defendant et el.



3:2011 cv 856

Dear Fernando Galindo, Clerk of the United States District Court for the Eastern District of Virginia, Please file this Motion to Dismiss with the above styled Complaint that is scheduled to be heard on January 13, 2012 at 10 AM. I am asking the court to waive any fees associated with the filing of this Motion.

Sincerely,
Ronald Cook pro se.
*Ronald Cook*
3854 Antioch Church Road
Sandston, Virginia 23150
804-539-1630
cobrabe8@yahoo.com