

## SPOTTS ✦ FAIN
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW

RICHMOND ✦ IRVINGTON

EDWARD EVERETT BAGNELL, JR.

DIRECT DIAL NUMBER
(804) 697-2077
DIRECT FACSIMILE NUMBER
(804) 697-2177
EMAIL ADDRESS
EBAGNELL@SPOTTSFAIN.COM

January 12, 2012

MAILING ADDRESS
POST OFFICE BOX 1555
RICHMOND, VIRGINIA 23218-1555

Hon. John A. Gibney
U.S. District Court
701 East Broad Street
Richmond, VA 23219

Re:   *Perry v. Judd et al.*; Case No. 3:11cv856

Dear Judge Gibney:

Counsel for Gov. Rick Perry would like to utilize the court's electronic evidence presentation system during the hearing scheduled for 10:00 AM tomorrow morning in the above matter.

Accordingly, I am requesting permission to bring two laptop computers (one as a back-up) and a USB drive to court tomorrow morning. Thank you for your consideration and please contact me should this request raise any questions.

Very truly yours,

Edward Everett Bagnell, Jr.

cc: All counsel by NEF

338083.doc