IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

THE HONORABLE RICK PERRY,

    Plaintiff,

and

THE HONORABLE NEWT GINGRICH, THE HONORABLE JON HUNTSMAN, JR., and THE HONORABLE RICK SANTORUM,

    Intervenors,

v.

CHARLES JUDD,
Member of the Virginia State Board of Elections, in his official capacity, *et al.*,

    Defendants.

Civil Action No. 3:11-CV-856-JAG

## ORDER

On January 11, 2012, Ronald Cook filed a motion to dismiss this case (Dk. No. 67). Mr. Cook is not a party and, therefore, may not move to dismiss the case. The Court will treat Mr. Cook's motion to dismiss as a motion to file a brief amicus curiae, and will grant the motion. The Court will accept Mr. Cook's statement of reasons to dismiss the case as his amicus brief, and will give due consideration to his views in deciding this matter.

It is so ORDERED.

Let the Clerk send this Order to all counsel of record.

Date: January 13, 2012
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge