IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED IN OPEN COURT
JAN 1 3 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

THE HONORABLE RICK PERRY,

    Plaintiff,

and

THE HONORABLE NEWT GINGRICH, THE
HONORABLE JON HUNTSMAN, JR., and
THE HONORABLE RICK SANTORUM,

    Intervenors,

v.    Civil Action No. 3:11-CV-856-JAG

CHARLES JUDD,
Member of the Virginia State Board of Elections,
in his official capacity, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by the plaintiff, the Honorable Rick Perry. (Dkt. No. 7.) For the reasons stated from the bench and in the accompanying Memorandum Opinion, the motion is DENIED. The Court's Order of January 10, 2012 (Dkt. No. 54), is dissolved.

    It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: January 13, 2012
Richmond, VA